27BC, APPEAL, MHT-ClerkB, SC

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:94-cr-00062-MHT-CSC-7
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Andrews, et al | Date Filed: 11/17/1994 |

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Charles S. Coody

**Defendant**

**Nathaniel Salery** (7)  represented by  Jon A. May
May & Cohen PA
110 SE 6th Street
1970 AutoNation Tower
Fort Lauderdale, FL 33301
(954) 761-7201
Fax: 767-8343
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**     represented by     **Louis V. Franklin, Sr.**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: louis.franklin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Feaga**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: steve.feaga@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/17/1994 | | **\*\*Added party** Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Lee Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis for 2255 Proceedings (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | **\*\*Added Government Attorney** Louis V. Franklin Sr. as to Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Lee Drayton, Robert L. Franklin, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | CASE assigned to Judge Anthony A. Alaimo (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge Anthony A. Alaimo . (snc) (Entered: 05/22/2000) |
| 07/08/1999 | | Notice of Appeal docketed and transmitted to USCA, Eleventh Circuit re: appeal by Curtis Drayton (snc) (Entered: 06/01/2000) |
| 07/30/1999 | 1293 | Received Jurisdictional question from USCA, Eleventh Circuit of whether the district court's 6/15/99 order denying the "motion to stay pending |

| Date | Doc # | Description |
|---|---|---|
| | | disposition of movant's motion to stay and motion for discovery" is final and appealable? (snc) (Entered: 06/01/2000) |
| 08/17/1999 | | Original papers as to Curtis Drayton sent to USCA, Eleventh Ciruit per their request (6 volumes of original papers) (snc) (Entered: 06/01/2000) |
| 08/20/1999 | | Received acknowledgment of receipt of 6 vols of the record on appeal sent to USCA, Eleventh Circuit (snc) (Entered: 06/01/2000) |
| 09/28/1999 | 1307 | Received certified copy of DISMISSAL for lack of jurisdiction (received 9/27/99, rendered 9/23/00) of the U.S. Court of Appeals, Eleventh Circuit, that the district court's June 15 order, denying discovery, is not final under 28 USC 1291 because it does not end the litigation on the merits, that the order, moreover, does not fall within the collateral-order exception because it can be reviewed effectively on appeal from a final judgment, that because this Court lacks jurisdiction, appellant's motion for leave to proceed in forma pauperis is DENIED as moot. (Before: TJOFLAT, COX and HULL, Circuit Judges.) [99-12143-J] [DISMISSAL IS ISSUED IN LIEU OF THE MANDATE] (snc) (Entered: 06/01/2000) |
| 10/04/1999 | | File referred to SA Anderson (snc) (Entered: 06/01/2000) |
| 10/21/1999 | | File referred to Judge Coody/SA Anderson (snc) (Entered: 06/01/2000) |
| 02/22/2000 | | **Added (ip) party Nathaniel Salery, U S Penitentiary, P O Box PMB, Atlanta, GA 30315 (snc) (Entered: 06/01/2000) |
| 02/22/2000 | 1363 | MOTION by Nathaniel Salery to Vacate under 28 U.S.C. 2255 [1363-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/01/2000) |
| 02/29/2000 | 1369 | ORDER as to Nathaniel Salery, Response to Motion set for 3/20/00 for government re [1363-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA (snc) (Entered: 06/01/2000) |
| 02/29/2000 | 1373 | MOTION by Nathaniel Salery for Jon A. May to Appear Pro Hac Vice FILING FEE $ 20 [1373-1] referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/01/2000) |
| 03/06/2000 | | STAMPED ORDER as to Nathaniel Salery granting [1373-1] motion for Jon A. May to Appear Pro Hac Vice FILING FEE $ 20 as to Nathaniel Salery (7) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: USA, USPO, USPTSO, USM (snc) (Entered: 06/01/2000) |
| 03/20/2000 | 1382 | RESPONSE by USA as to Nathaniel Salery re [1363-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/01/2000) |
| 03/20/2000 | 1382 | MOTION (incorporated in response to 2255 motion) by USA as to Nathaniel Salery for summary judgment re [1363-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/01/2000) |

| | | |
|---|---|---|
| 04/12/2000 | 1391 | MEMORANDUM by Nathaniel Salery in support of [1363-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/01/2000) |
| 04/13/2000 | | 28:2255 MOTIONS ASSIGNED TO JUDDGE ALAIMO (PER JUDGE THOMPSON) (snc) Modified on 06/01/2000 (Entered: 05/23/2000) |
| 04/27/2000 | 1405 | ORDER as to Nathaniel Salery, Response to Motion reset for 5/15/00 for government re defendant's response re [1363-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: USA, USPO (snc) (Entered: 06/01/2000) |
| 04/27/2000 | 1406 | REPORT AND RECOMMENDATIONS of Mag. Judge Charles S. Coody as to Nathaniel Salery Re: [1382-1] motion for summary judgment that the motion be denied and the 2255 be referred back to the magistrate for additional proceedings (Copies mailed to: counsel and dft, Copies furnished to: usa, uspo (snc) (Entered: 06/01/2000) |
| 05/12/2000 | 1412 | AFFIDAVIT of Joi Marie Hall Re: [1346-1] supplemental amended motion Supplemental to Vacate under 28 U.S.C. 2255, [1342-1] to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/09/2000) |
| 05/12/2000 | 1413 | AFFIDAVITS of Camilia Lander and Donald B. Lander with attachments Re: [1346-1] supplemental amended motion to Vacate under 28 U.S.C. 2255, [1342-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/09/2000) |
| 05/15/2000 | 1417 | RESPONSE by USA as to Nathaniel Salery re [1363-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/01/2000) |
| 05/22/2000 | | (snc) (Entered: 05/22/2000) |
| 05/31/2000 | 1426 | ORDER as to Nathaniel Salery, Reply to Response to Motion set for 6/20/00 for Nathaniel Salery for [1363-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: USA, USPO (snc) Modified on 06/01/2000 (Entered: 06/01/2000) |
| 06/14/2000 | 1435 | ORDER (Rendered 6/8/00) as to Nathaniel Salery adopting the Recommendation of the Mag. Judge filed 4/27/00; denying [1382-1] motion for summary judgment as to Nathaniel Salery (7); Referring defendant's 2255 back to Mag. Judge Coody for additional proceedings ( Signed by Judge Anthony A. Alaimo ) Copies mailed to: counsel (May), Copies furnished to: USA,PO,PTSO,SNC (dkt clerk) (Entered: 06/14/2000) |
| 06/20/2000 | 1441 | Unopposed MOTION by Nathaniel Salery for Extension of Time to Reply to Government's Response [1441-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) Modified on 06/27/2000 (Entered: 06/26/2000) |

| Date | Doc # | Description |
|---|---|---|
| 07/10/2000 | 1446 | Supplemental MEMORANDUM of Law based upon Decision of Supreme Court in Apprendi v New Jersey by Nathaniel Salery in support of [1363-1] motion to Vacate under 28 U.S.C. 2255. Referred to Judge Coody/SA Anderson (snc) (Entered: 07/13/2000) |
| 07/17/2000 | 1450 | ORDER as to Nathaniel Salery, directing the government to file a response addressing the arguments contained in defendant 7/10/00 supplemental memorandum by 8/3/00 re [1363-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: USA (snc) (Entered: 07/18/2000) |
| 07/27/2000 | 1460 | MOTION by USA as to Nathaniel Salery to Extend Time to Respond to Petitioner's Supplemtnal Section 2255 Motion [1460-1] referred to Mag. Judge Charles S. Coody (snc) (Entered: 08/01/2000) |
| 08/07/2000 | 1465 | ORDER as to Nathaniel Salery granting [1460-1] motion to Extend Time to Respond to Petitioner's Supplemtnal Section 2255 Motion as to Nathaniel Salery (7), Response to Motion reset for 9/5/00 for government for (supplement to) [1363-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: usa, uspo (snc) (Entered: 08/08/2000) |
| 03/29/2001 | | **Added (ip) parties Montgomery U.S. Probation, U.S. Pretrial, US Marshals Service (snc) (Entered: 03/29/2001) |
| 04/19/2001 | 1528 | ORDER as to Nathaniel Salery directing that any additional amendment to the 2255 motion shall be filed on or before 5/21/01 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies faxed to: Atty May, USA, USPO (snc) (Entered: 04/19/2001) |
| 05/08/2001 | | **Reset last document number to 1536 (snc) (Entered: 05/08/2001) |
| 07/20/2001 | 1562 | Atty Rubino's ANSWER to Court Order Referred to Judge Coody(snc) Modified on 04/03/2003 (Entered: 07/27/2001) |
| 08/20/2001 | 1563 | AFFIDAVIT of Frank A. Rubino Re: [1546-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 Referred to Mag Judge Charles Coody/SA Anderson (snc) (Entered: 08/20/2001) |
| 10/16/2001 | 1572 | ORDER as to Terry Mitchell, Nathaniel Salery, Mary Morrow directing the government to show cause by 10/26/01 why the government has fialed to respond to this court's orders ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: counsel, USA, USPO (snc) (Entered: 10/16/2001) |
| 10/18/2001 | 1573 | RESPONSE by USA as to Nathaniel Salery, Mary Morrow, Mary Mitchell to Show Cause Order Dated October 16, 2001 (ATTACHMENTS: Government's Supplemental Response to Motion to Vacate, Set Aside or Correct Sentence Filed Pursuant to Title 28 USC 2255 re Terry Mitchell, Government's Supplemental Response to Motion to Vacate, Set Aside or Correct Sentnce Filed Pursuant to Title 28 USC 2255 re Nathaniel Salary, and Governemnt's Supplemental Response to |

| | | |
|---|---|---|
| | | Motion to Vacate, Set Aside or Correct Sentence Filed Pursuant to Title 28 USC 2255) Referred to Mag. Judge Charles S. Coody (snc) Modified on 10/19/2001 (Entered: 10/19/2001) |
| 10/18/2001 | 1573 | RESPONSE (attached to response to show cause order) by USA as to Nathaniel Salery re [1363-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody/SA (snc) (Entered: 10/19/2001) |
| 02/10/2003 | | **Added (ip) party Richard Q. Thomas, 163 North Haardt Drive, Montgomery, AL 36105 (snc) (Entered: 02/11/2003) |
| 04/03/2003 | | Copy of 2255 Record furnished Atty Petersen pursuant to DN 1594 (snc) (Entered: 04/03/2003) |
| 05/20/2003 | 1618 | REPORT AND RECOMMENDATIONS of Mag. Judge Charles S. Coody as to Nathaniel Salery Re: [1363-1] motion to Vacate under 28 U.S.C. 2255 ; Motion no longer referred Objections to R and R due by 6/2/03 Copies mailed to: dft, Copies furnished to: usa (snc) (Entered: 05/20/2003) |
| 06/02/2003 | 1621 | OBJECTION by Nathaniel Salery to [1618-1] report and recommendations Referred to Mag Judge Charles Coody. (snc) (Entered: 06/02/2003) |
| 06/06/2003 | 1622 | MEMORANDUM OPINION as to Nathaniel Salery ( Signed by Judge Myron H. Thompson ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, SC (ws) (Entered: 06/06/2003) |
| 06/06/2003 | 1623 | ORDER as to Nathaniel Salery adopting the recommenation of the Mag. Judge entered on 5/20/03; denying [1363-1] motion to Vacate under 28 U.S.C. 2255 as to Nathaniel Salery (7) taxing costs against the defendant ( Signed by Judge Myron H. Thompson ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USPO, SC,CIV. CLERK (ws) (Entered: 06/06/2003) |
| 06/12/2003 | 1631 | MOTION by Nathaniel Salery to Amend/Supplement [1363-1] motion to Vacate under 28 U.S.C. 2255 Pursuant to Rule 15 of the FRCivP and United States v Clay with MEMORANDUM OF LAW [1631-1] referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/13/2003) |
| 06/18/2003 | 1638 | ORDER as to Nathaniel Salery denying [1631-1] motion to Amend/Supplement [1363-1] motion to Vacate under 28 U.S.C. 2255 Pursuant to Rule 15 of the FRCivP and United States v Clay as to Nathaniel Salery (7) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: counsel, usa (snc) (Entered: 06/18/2003) |
| 06/18/2003 | | ** Renoticed document [1638-1] order to select counsel and dft for service (snc) (Entered: 06/18/2003) |
| 06/18/2003 | 1640 | MOTION by Nathaniel Salery for Reconsideration of [1623-1] order [1640-1] referred to Judge Myron H. Thompson (snc) (Entered: |

|  |  | 06/18/2003) |
|---|---|---|
| 06/19/2003 | 1643 | ORDER as to Nathaniel Salery denying [1640-1] motion for Reconsideration of [1623-1] order as to Nathaniel Salery (7) ( Signed by Judge Myron H. Thompson ) Copies mailed to: dft, Copies furnished to: counsel, usa, uspo (snc) (Entered: 06/19/2003) |
| 08/06/2003 | 1690 | NOTICE OF APPEAL (construed as containing a M/COA) by to U.S. Circuit Court of Appeals, 11th Circuit by Nathaniel Salery from Judge Thompson's orders entered on June 6, 2003 and June 19, 2003, denying his motion to vacate, set aside or correct sentence and his motion to reconsider. Also appealing the Magistrate's order of June 18, 2003, denying his motion for leave to amend his 28 U.S.C. 2255 motion. Copies mailed to: USCA, Dft., Copies furnished to: USA (kcg) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/06/2003 | 1690 | MOTION by Nathaniel Salery for a Certificate of Appealability [1690-1] referred to Judge Myron H. Thompson (kcg) (Entered: 08/07/2003) |
| 08/07/2003 |  | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Nathaniel Salery sent to USCA (11th Circuit): [1690-1] appeal (kcg) (Entered: 08/07/2003) |
| 08/07/2003 | 1691 | MOTION by Nathaniel Salery to Proceed on Appeal in Forma Pauperis w/attachment [1691-1] referred to Judge Myron H. Thompson (kcg) (Entered: 08/07/2003) |
| 08/11/2003 | 1694 | ORDER as to Nathaniel Salery denying [1691-1] motion to Proceed on Appeal in Forma Pauperis w/attachment as to Nathaniel Salery (7) ( Signed by Judge Myron H. Thompson ) Copies mailed to: USCA, DFT, Copies furnished to: USA (kcg) (Entered: 08/11/2003) |
| 08/11/2003 | 1695 | ORDER as to Nathaniel Salery denying [1690-1] motion for a Certificate of Appealability as to Nathaniel Salery (7) ( Signed by Judge Myron H. Thompson ) Copies mailed to: USCA, DFT, Copies furnished to: USA (kcg) (Entered: 08/11/2003) |
| 08/15/2003 |  | USCA Case Number Re: [1690-1] appeal by Nathaniel Salery USCA NUMBER: 03-14035-J (kcg) (Entered: 08/18/2003) |
| 09/17/2003 |  | REQUEST for Original Papers from USCA re: [1690-1] appeal by Nathaniel Salery (kcg) (Entered: 10/29/2003) |
| 10/02/2003 |  | **Reset last document number to 1717 (kcg) (Entered: 10/02/2003) |
| 10/15/2003 |  | USCA Case Number Re: [1710-1] appeal by Donald Minnifield USCA NUMBER: 03-15103-J (kcg) (Entered: 10/20/2003) |
| 10/17/2003 |  | USCA Case Number Re: [1718-1] appeal by Oscar Andrews USCA NUMBER: 03-15104-J (kcg) (Entered: 10/20/2003) |
| 10/29/2003 |  | Certified and transmitted Original Papers to U.S. Court of Appeals (11th Circuit) as to Nathaniel Salery : [1690-1] appeal (kcg) (Entered: |

| | | |
|---|---|---|
| | | 10/29/2003) |
| 10/30/2003 | | **Terminated document(s) as to Oscar Andrews, terminating [1546-2] supplemental amended motion as to Oscar Andrews (1) per Judge Coody "rendered moot by final judgment; duplicative motion (snc) (Entered: 10/30/2003) |
| 11/04/2003 | | Received acknowledgment of receipt of Original Papers from USCA. (kcg) (Entered: 11/04/2003) |
| 11/04/2003 | | REQUEST for Original Papers from USCA re: [1711-1] appeal by Curtis Drayton (ydw) (Entered: 12/04/2003) |
| 11/04/2003 | | REQUEST for Original Papers from USCA re: [1710-1] appeal by Donald Minnifield (ydw) (Entered: 12/04/2003) |
| 11/20/2003 | 1744 | Entry of Dismissal of Appeal as to Robert Franklin Re: pursuant to dismissing [1712-1] appeal, terminated., for want of prosecution because the appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk the time fixed by the rules, effective this 17th day of November, 2003. (ydw) Modified on 01/21/2004 (Entered: 11/25/2003) |
| 11/20/2003 | | REQUEST for Original Papers from USCA re: [1718-1] appeal by Oscar Andrews (ydw) (Entered: 12/04/2003) |
| 11/26/2003 | | ** Renoticed document [1748-1] notice (to fax to counsel, etc.) (snc) (Entered: 11/26/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1710-1] appeal by Donald Minnifield USCA Number: 03-15103-J (ydw) (Entered: 12/16/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1711-1] appeal by Curtis Drayton USCA Number: 03-15102-J (ydw) (Entered: 12/16/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1718-1] appeal by Oscar Andrews USCA Number: 03-151040-J (ydw) (Entered: 12/16/2003) |
| 12/29/2003 | 1758 | ORDER (rendered 12/23/03, issued in lieu of the mandate) as to Nathaniel Salery that Appellant has filed motions for a certificate of appealability, as construed from the notice of appeal, and leave to proceed on appeal in forma pauperis. Appellant appeals the denial of his motion to vacate, correct, or modify sentence filed pursuant to 28 U.S.C. 2255. In his 2255 motion and supplemental motion, appellant claim that: (1) his due process rights were violated because the trial court gave an erroneous jury instruction regarding the continuing criminal enterprise ("CCE") statute, (20 he was actually innocent of the charged offenses, and (3) his sentence was unlawful in light of Apprendi v. New Jersey, 530 U.S466,120S.Ct.2348,147L.Ed.2d435(2000) as further set out in order; |

| | | |
|---|---|---|
| | | Because appellant has failed to make a substantial showing of the denial of a constitutions right, his motion for certificate of appealability is DENIED. See 28 U.S.C. 2253(c)(2). Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT. (ydw) (Entered: 12/29/2003) |
| 12/29/2003 | | ORIGINAL PAPERS returned from U.S. Court of Appeals: [1690-1] appeal (ydw) (Entered: 12/29/2003) |
| 01/09/2004 | | REQUEST for Original Papers from USCA re: [1745-1] appeal by Frank Sowers (ydw) (Entered: 01/22/2004) |
| 01/20/2004 | 1761 | Entry of Dismissal of Appeal as to Ronald Lander Re: pursuant to dismissing [1740-1] appeal, terminated., for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fee ($255) to the district court clerk within the time fixed by the rules, effective this 15th day of January, 2004. FOR THE COURT - BY DIRECTION (ydw) (Entered: 01/21/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1718-1] appeal (ydw) (Entered: 01/22/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1711-1] appeal (ydw) (Entered: 01/22/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1710-1] appeal (ydw) (Entered: 01/22/2004) |
| 01/22/2004 | | Certified and transmitted Original Papers to U.S. Court of Appeals: [1745-1] appeal by Frank Sowers (ydw) (Entered: 01/22/2004) |
| 01/26/2004 | | Received USCA Order as to Nathaniel Salery that the Appellant' motion for extension of time to file a motion for reconsideration is GRANTED. Appellant's Motion for Reconsideration is due 20 days from January 13, 2004. (ydw) (Entered: 01/28/2004) |
| 01/29/2004 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1745-1] appeal by Frank Sowers USCA Number: 03-16060-J (ydw) (Entered: 01/30/2004) |
| 02/18/2004 | | REQUEST for Original Papers from USCA re: [1740-1] appeal by Ronald Lander (ydw) (Entered: 02/18/2004) |
| 02/25/2004 | 1770 | ORDER (Rendered 2/23/04 issued in lieu of mandate) as to Nathaniel Salery that Appellant has filed a motion for reconsideration of this Court's order dated December 23, 2003, denying appellant's motions for a certificate of appealability, as construed from the notice of appeal, and leave to proceed on appeal in forma pauperis. Upon reconsideration, based on the reasons set forth in this Court's previous detailed order, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. 2253(c)(2); Appellant's motion for leave to proceed on a ppeal |

| | | |
|---|---|---|
| | | in forma pauperis is DENIED AS MOOT. Before BIRCH and DUBINA, Circuit Judges. BY THE COURT: (ydw) (Entered: 02/26/2004) |
| 02/26/2004 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1740-1] appeal by Ronald Lander USCA Number: 03-15807-J (ydw) (Entered: 02/26/2004) |
| 05/04/2004 | | ***Set MHT-Clerk B Flag as to all defendants (djy, ) (Entered: 05/04/2004) |
| 05/18/2004 | | ***Set MHT-Clerk B Flag as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis (snc) (Entered: 05/18/2004) |
| 06/15/2004 | | Judge update in case (for cm/ecf notification purposes per Judge Thompson) as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis. Judge Myron H. Thompson added. Judge Anthony Alaimo no longer assigned to case. (snc) (Entered: 07/13/2004) |
| 11/17/2004 | 1809 | ORDER as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis directing the Clerk to withdraw funds from the court registry savings and to deposit funds in the Treasury's Unclaimed Money Fund account and to make disbursements as outlined in order. Signed by Judge Myron H. Thompson on 11/17/04. (Copy to Financial Clerk) (snc) (Entered: 11/17/2004) |