IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL SALERY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv40-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this habeas-corpus case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

In his objections, petitioner cites the recent Supreme Court's holding in Gonzalez v. Crosby, ___ U.S. ___, 125 S.Ct. 2641 (2005), and appears to argue, based on Gonzalez, that his pleading constitutes a motion pursuant to Fed.R.Civ.P. 60(b).  Petitioner did not cite Gonzalez or Rule 60(b) in his original pleading.  Moreover, it is clear from that pleading, as well as from the argument petitioner continues to make in his objections, that he is attacking his sentence and not some alleged defect in this court's application of a procedural bar in his prior § 2255 proceeding.  Therefore, petitioner's argument does not meet Gonzalez's standard for authentic Rule 60(b) motions.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2006.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE